## REFUSE TO PAY LETTER

Associated Recovery Systems
*Collection Agency's Name*

P.O. Box 469046
*Collection Agency's Address*

Escondido, CA 92046-9046

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

April 18, 2007
*Today's Date*

7005 3110 0000 4788 1724
*Tracking Number*

Re: Account No. 5528150046300724
ARS # 12108688

Dear Sir or Madam:

I have enclosed a copy of the last collection letter that you sent to me.

In this regard, please be advised that I dispute this debt and refuse to pay.

PLEASE MARK YOUR FILES ACCORDINGLY.

Trusting in your good offices, I remain . . .

Very Truly Yours,

Dolores M Herrera
*Sign your name here*

Dolores M. Herrera
*Print your name here*

2086 Southwest Expy Apt 66
*Print your address here*

San Jose, CA 95126

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $0.39 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $4.64 |

Postmark Here 04/19/2007

Sent To Associated Recovery Systems
Street, Apt. No.; or PO Box No. P.O. Box 469046
City, State, ZIP+4 Escondido, CA 92046-9046

PS Form 3800, June 2002                See Reverse for Instructions



EXHIBIT 2

Department #5996  
P.O. Box 1259  
Oaks, PA 19456

**ASSOCIATED RECOVERY SYSTEMS**  
A DIVISION OF ARS NATIONAL SERVICES, INC.  
P.O. BOX 469046  
ESCONDIDO, CA 92046-9046  
(800) 707-1976  FAX: (866) 422-0765  
www.PayARS.com



April 9, 2007

7259 - 2603

DOLORES M HERRERA  
2080 SW EXPRESSWAY APT 66  
SAN JOSE CA  95126-4672

**ACCOUNT IDENTIFICATION**  
Re: Citibank  
Account: 5528150046300724  
ARS Acct No: 12108688  
Balance: $7329.44

**TAX SEASON OFFER**  
Take advantage of your tax refund and pay off your debt once and for all!

As a professional collection agency hired by Citibank, Associated Recovery Systems is authorized to settle the above-referenced account for $5130.61.  To take advantage of this settlement, your payment must reach this office by 05-14-07. If payment is not made, collection efforts as well as interest will continue on this account.

To ensure the settlement is received by the indicated due date, Associated Recovery Systems offers "Quick Check" by phone, Western Union "Quick Collect" (Code City: Ambridge, CA), Moneygram "Express Payment" (Receive Code: 2471), or you can make your payment online at www.PayARS.com.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Please contact this office at (800) 707-1976.  Our office hours are Monday through Friday, 8:30 a.m. - 8:30 p.m (Eastern Time).

Sincerely,

Account Representative

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**
(SEE REVERSE SIDE FOR IMPORTANT INFORMATION)

------------------------------------------------Detach And Return With Payment------------------------------------------------

CB170 - 12108688  
Account:   5528150046300724

Amount Enclosed: $_____

Enclosing this coupon with your payment will expedite credit to your account.

**NOTICE OF ELECTRONIC CHECK PROCESSING:**  
We reserve the right to process checks electronically by transmitting the routing, account, and check number to the bank.  By submitting a check, you authorize us to initiate an electronic debit from your account.  A returned check may be collected electronically if it is returned for insufficient funds.

Print address/phone changes below  
or call (800) 707-1976.

_____  
_____  
HOME:(___)_____  
WORK:(___)_____

Make your check or money order payable to:

CITIBANK  
PO BOX 469100  
ESCONDIDO, CA 92046-9100



CB170

7259 - 2603