Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
DOLORES MURILLO HERRERA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DOLORES MURILLO HERRERA,<br><br>Plaintiff,<br><br>v.<br><br>ARS NATIONAL SERVICES, INC., D/B/A ASSOCIATED RECOVERY SYSTEMS, a California corporation, and JASON A. HOWERTON, individually and in his official capacity,<br><br>Defendants. | Case No. C07-03188-JF-RS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

COMES NOW the Plaintiff, DOLORES MURILLO HERRERA, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, DOLORES MURILLO HERRERA, hereby dismisses, with prejudice, all claims made by her against Defendants, ARS NATIONAL SERVICES, INC., D/B/A ASSOCIATED RECOVERY SYSTEMS and JASON A. HOWERTON, in her Complaint filed herein on June 18, 2007. Plaintiff further notifies the Court that her dispute with Defendants has been settled.

CONSUMER LAW CENTER, INC.

By: /s/ Fred W. Schwinn
    Fred W. Schwinn, Esq.
    Attorney for Plaintiff
    DOLORES MURILLO HERRERA